IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-319-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DEMETRIOUS FINCH, | ) |
| | ) |
| Defendant. | ) |

Not later than November 17, 2023, the United States shall respond to defendant's motion to reduce sentence [D.E. 42].

SO ORDERED. This 23 day of October, 2023.

JAMES C. DEVER III
United States District Judge